CHAMPION & STAUDINGER v. UNITED STATES.

(Circuit Court, S. D. New York. July 11, 1906.)

No. 3,901.

CUSTOMS DUTIES—CLASSIFICATION—JOSS STICKS.
  The provision in Tariff Act July 24, 1897, c. 11, § 2, Free List, par. 587, 30 Stat. 198 [U. S. Comp. St.' 1901, p. 1684], for "joss stick," *held* to include articles used in setting off fireworks, other than those well known as joss sticks and used for incense.

On Application for Review of a Decision of the Board of United States General Appraisers.

For decision below, see G. A. 5,904 (T. D. 26,003), in which the Board of General Appraisers affirmed the assessment of duty by the collector of customs at the port of New York. The question at issue is whether the merchandise in controversy was properly held dutiable as unenumerated manufactured articles under section 6, Tariff Act July 24, 1897, c. 11, 30 Stat. 205 [U. S. Comp. St. 1901, p. 1693], or should have been classified as "joss stick," under section 2, Free List, par. 587, 30 Stat. 198 [U. S. Comp. St. 1901, p. 1684].

Hatch & Clute (Walter F. Welch, of counsel), for importers.
D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge. This importation is invoiced as joss sticks, which are by name free, and were assessed as manufactured articles unenumerated, at 20 per cent. They are used for setting off fire works. Thinner ones perfumed are used by Chinese for incense, and are well known as joss sticks. These do not come exactly within the ordinary definition of joss sticks, but were said to be near it, and to have been known in trade as such. The testimony before the Board appears to have left that so doubtful that the collector's classification was affirmed. But that taken in this court, which was not disputed,

seems quite clear that in trade in China, where they come from, and here they are known as joss sticks.

Decision reversed.